# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MARIE SABI POLO,<br><br>            Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, ET AL.,<br><br>            Respondents. | Case No. 1:25-CV-01342 JLT HBK<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 1) |

Julie Marie Sabi Polo is a former immigration detainee with a pending habeas petition. (Doc. 1.) On October 17, 2025, the Court issued an order finding that Petitioner is likely to succeed on the merits of her habeas claim that her re-detention without a pre-deprivation hearing violated her rights under the Due Process Clause of the Fifth Amendment. (*See* Doc. 11 at 4–21.)[1] The parties waived further briefing on the merits of the petition. (*Id*. at 21.)

Therefore, for the reasons stated in the Court's order granting a preliminary injunction, the Court finds that Petitioner's re-detention without a pre-deprivation hearing violated the Due Process Clause of the Fifth Amendment. (*See* Doc. 11 at 4–21.) Accordingly, the petition for writ of habeas corpus, (Doc. 1), is **GRANTED**.

Respondents are **PERMANENTLY ENJOINED AND RESTRAINED** from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which

[1] Upon the agreement of the parties, the Court converted Petitioner's motion for a temporary restraining order into one for a preliminary injunction. (Doc. 11 at 1 n.1.)

include at a minimum, pre-deprivation notice of at least seven days before a pre-deprivation hearing[2] at which the government will bear the burden of demonstrating by clear and convincing evidence that she is likely to flee or pose a danger to the community if not arrested and at which Petitioner may be represented by her counsel.

The Clerk of Court is directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated:    **February 5, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[2] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest.

2